[Civil No. 667.]

JOSEPH L. GIROUX, Appellant, v. GEORGE H. SCHUER-MAN, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. R. E. Sloan, Judge.

Herndon & Norris, Frank E. Corbett, and John J. Hawkins, Attorneys for Appellant.

F. E. Brooks, T. W. Johnston, and W. H. Barnes, Attorneys for Appellee.

March 16, 1899.  Dismissed by consent.

---

[Civil No. 626.]

J. H. HAMPSON, Appellant, v. FRANK DYSART, Appellee.

APPEAL from a judgment of the District Court of the Second Judicial District in and for the County of Graham. F. M. Doan, Judge.

Barnes & Martin, for Appellant.

John McGowan, District Attorney, and Lovell & Satterwhite, for Appellee.

PER CURIAM.—The appellant, J. H. Hampson, brought suit in the court below against the appellees, Frank Dysart, treasurer and ex officio tax-collector of Graham County, and Arthur Wight, sheriff and ex officio assessor of said county, to enjoin the collection of certain taxes alleged to have been illegally assessed against him for the year 1896, upon personal property.  This case was submitted upon the same briefs and abstract, and is conceded to involve the same questions, as that of *Hampson* v. *Adams* (decided at the present term), *ante*, p. 335, 57 Pac. 621. For the reasons given in the opinion in that case, the judgment here appealed from is also affirmed.

Opinion filed June 2, 1899.